IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLTON DURR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 09-4232 |
| ROCHESTER CREDIT CENTER, INC. | : | |

**<u>ORDER</u>**

AND NOW, this 4th day of June, 2012, "Defendant Rochester Credit Center, Inc., n/k/a Collecto, Inc., d/b/a EOS CCA's Motion for Summary Judgment" (docket no. 52) is denied.

A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.